

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00904-CR

Hollis Robert **BLEDSOE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR9715W
Honorable Philip A. Kazen, Jr., Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED January 30, 2019.

_____
Liza A. Rodriguez, Justice